**Opinion issued May 18, 2021**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-21-00180-CV

———————————

## IN RE SAN JACINTO COLLEGE, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On April 12, 2021, relator, San Jacinto College, filed a petition for writ of mandamus. On April 29, relator filed a letter requesting that we dismiss this original proceeding as moot because the underlying suit has been non-suited.[*]

---

[*] The underlying case is *Elia Bolton, Individually and on behalf of The Estate of Charlie S. Bolton, Deceased* v. v. *San Jacinto College*, cause number 2021-10543, pending in the 165th District Court of Harris County, Texas, the Honorable Ursula A. Hall presiding.

Accordingly, we grant relator's request and dismiss this original proceeding as moot.  *See* TEX. R. APP. P. 52.8(a).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Farris.